# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2043. CLARK v. THE STATE.

This appeal was docketed on May 15, 2026, making the appellant's brief and enumeration of errors due on or before June 4, 2026. See Court of Appeals Rule 23(a). The appellant has failed to file a brief, accordingly, the appeal is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/09/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*